UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(SPRINGFIELD)

| | | |
|---|---|---|
| MATTHEW DESMOND, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:12-CV-30026-MAP |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| COLLEGE, | ) | |
| Defendant. | ) | |

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 7.3

Defendant American International College hereby discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, that it has no parent corporation and that no publicly held company owns ten percent (10%) or more of its stock.

AMERICAN INTERNATIONAL COLLEGE,
By its Attorneys,

/s/ Christine Collins
David M. Felper (BBO# 162460)
Christine S. Collins (BBO# 639293)
Ariel Grayson Sullivan (BBO# 673343)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel:  (508) 791-3511
Fax:  (508) 756-7636
dfelper@bowditch.com
ccollins@bowditch.com
asullivan@bowditch.com

Dated:  April 3, 2012

## <u>NOTICE OF ELECTRONIC FILING</u>

I, Christine S. Collins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2012.


*/s/ Christine S. Collins*
Christine S. Collins